NAME ERROL D. SMITH

PRISON NUMBER CDCR Registry No. #K-62584

CURRENT ADDRESS OR PLACE OF CONFINEMENT State of California Department of Corrections and Rehabilitation Richard J. Donovan Correctional Facility at Rock Mountain

CITY, STATE, ZIP CODE Housing Loc: F3-13-141
P.O. Box 799003
San Diego ,CA 92179-9003

FILED
FEB 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ERROL D. SMITH ,
(FULL NAME OF PETITIONER)

PETITIONER

v.

ROSIE GARCIA ,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT
and
EDMUND GERALD BROWN , JR.
Attn: HABEAS INTAKE DESK ,

The Attorney General of the State of California, Additional Respondent.

Civil No **'08 CV 0303 JAH LSP**
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack:
   Superior Court of Los Angeles, at Pasadena.

2. Date of judgment of conviction: June 9, 1997

3. Trial court case number of the judgment of conviction being challenged: GA023494

4. Length of sentence: 19 yrs. to life (e.g. 15 yrs, w/ 4 yrs. consec.)

CIV 68 (Rev. Jan. 2006)

cv

5. Sentence start date and projected release date: **9-7-2012**

6. Offense(s) for which you were convicted or pleaded guilty (all counts): **§§ 187(a), 12202.5(s), And 12022.55.**

7. What was your plea? (CHECK ONE)
   (a) Not guilty   **XX**
   (b) Guilty   ☐
   (c) Nolo contendere   ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury   **XX**
   (b) Judge only   ☐

9. Did you testify at the trial?
   **XX** Yes  ☐ No

### DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    **XX** Yes  ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: **Judgment affirmed**
    (b) Date of result (if known): **July 23, 1998**
    (c) Case number and citation (if known): **B114703**
    (d) Names of Judges participating in case (if known): **ZEBRO. WSKI, J.**
    (e) Grounds raised on direct appeal: **Insufficient evidence to support jury's finding of implied malice in the second degree murder conviction.**

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: **Denied without citation.**
    (b) Date of result (if known): **September 30, 1998**
    (c) Case number and citation (if known): **Unknown**
    (d) Grounds raised: **Second degree cannot stand where weight of evidence established petitioner acted out of an honest but unreasonably held belief that he was in imminent danger of death or great bodily injury.**

CIV 68 (Rev. Jan. 2006)

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:
    (a) Result:  not applicable

    (b) Date of result (if known):

    (c) Case number and citation (if known):


    (d) Grounds raised:


## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☐ Yes  ☒ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number (if known):
    (b) Nature of proceeding:


    (c) Grounds raised:




    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result:
    (f) Date of result (if known):


16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☒ Yes  ☐ No

CIV 68 (Rev. Jan. 2006)

-3-

cv

17. If your answer to #16 was "Yes," give the following information:
    (a) <u>California Court of Appeal</u> Case Number (if known): CV 98-3673, CV 00-10363-AHM(AIJ)
    (b) Nature of proceeding: Second degree murder with use of a firearm.
    (c) Names of Judges participating in case (if known) ANN I. JONES

    (d) Grounds raised: Insufficiency of the evidence to charge 2nd degree murder;
        Ineffective Assistance of Counsel;
        Impeachable trial testimony; and CALJIC instruction cont
    (e) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes ☒ No
    (f) Result: Dismissed for petitioner's failure to timely exhaust his state claim. (Timeliness/Exhaustion).
    (g) Date of result (if known): October 12, 2000/finalized March 6, 2002

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Supreme Court</u>?
    ☒ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:
    (a) <u>California Supreme Court</u> Case Number (if known): s139418
    (b) Nature of proceeding: second degree murder with use of a firearm.

    (c) Grounds raised: Each of the grounds raised in this instant petition.

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes ☒ No
    *PETITIONER THEN RETURN TO THE STATE COURT FOR EXHAUSTION PURPOSES.
    (e) Result: Denied
    (f) Date of result (if known): Decision 11-15-06; not reaching pet. till 11-29-07

CIV 68 (Rev. Jan. 2006)

-4-

cv

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>**California Supreme Court**</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☐ Yes ☒ No          (If "Yes" Skip to #22)
    (a) If no, in what federal court was the prior action filed? Central District Court.
    (i) What was the prior case number? CV 98-3573, CV 00-10363-AHM(AIJ)
    (ii) Was the prior action (CHECK ONE):
        Denied on the merits?            ☐
        Dismissed for procedural reasons? ☒
    (iii) Date of decision: October 12, 200/finalized March 6, 2002(Attached)
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☒ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No  [x] Not applicable

---

### CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    [XX] Yes   [ ] No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: United States District Court Central District
    (b) Case Number: CV 08-207 AHM(CW)
    (c) Date action filed: July 27, 2007
    (d) Nature of proceeding: restitution fine / illegal sentence

    (e) Name(s) of judges (if known): Carla Woehrle
    (f) Grounds raised: restitution fine

    (g) Did you receive an evidentiary hearing on your petition, application or motion?
        [ ] Yes   [XX] No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing ........ JEFFREY TRELOR

    (b) At arraignment and plea ....... JEFFREY TRELOR

    (c) At trial ...................... RICKARD SANTWIER

    (d) At sentencing ...............

    (e) On appeal ................... CHRISTINE SHAVER

    (f) In any post-conviction proceeding .

    (g) On appeal from any adverse ruling in a post-conviction proceeding:

CIV 68 (Rev. Jan. 2006)
-10-
cv

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
   [xx] Yes  [ ] No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
   [ ] Yes  [xx] No

   (a) If so, give name and location of court that imposed sentence to be served in the future:

   (b) Give date and length of the future sentence:

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
      [ ] Yes  [ ] No  [x] not applicable

28. Consent to Magistrate Judge Jurisdiction

   In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

   The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

   You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

[XX] Plaintiff consents to magistrate judge jurisdiction as set forth above.   OR   [ ] Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

29. Date you are mailing (or handing to a correctional officer) this Petition to this court:

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Errol D. Smith

DEFENDANTS
Garcia, et al

FILING FEE PAID
Yes___ No ✓
IFP MOTION FILED
Yes___ No___
COPIES SENT TO
Court____ Prose____

2254 ✓  1983___

FILED
FEB 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Errol D. Smith
PO Box 799003
San Diego, CA 92179
K-62584

ATTORNEYS (IF KNOWN)
'08 CV 0303 JAH LSP

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## 28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appelate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE 2/14/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Miller

