# UNITED STATES DISTRICT COURT

Southern District Of California

Office Of The Clerk

880 Front Street, Room 4290

San Diego, California 92101-8900

Phone: (619) 557-5600

Fax: (619) 702-9900

FILED

2008 MAR 19 PM 3: 18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ ᴋᴎᴠ _____ DEPUTY

W. Samuel Hamrick, Jr.

Clerk of Court

February 25, 2008

United States District Court

Central District of California

Western Division

312 N. Spring Street

Los Angeles, CA 90012

Re: Errol D. Smith vs. Rosie Garica, Case No. 08CV0303-JAH(POR)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return.  Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.

Clerk of Court

By:___ J. Petersen _____

, Deputy

Copy to Attorney for Plaintiffs:

Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF __MAR 1 3 2008__

AND ASSIGNED CASE NUMBER **CV08-01709** AHM (CW)

CLERK, U.S. DISTRICT COURT

By: _____**NATALIE LONGORIA**_____, Deputy

**CAL   S   0602650**

RECEIVED CAL APPEALS OCT 0 2 2006

STATE OF CALIFORNIA
GA-22 (9/92)   RECEIVED CAL APPEALS OCT 2 6 2006

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | RECEIVED CAL APPEALS OCT 3 1 2006 | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 9-28-06 | APPEALS COORDINATOR | COTA | C-26012 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| ASU | 105 | | FROM ___ TO ___ |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | ASSIGNMENT HOURS |
|---|---|---|
| | | FROM ___ TO ___ |

## Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I understand there is a backlog of processing 602 appeals. Therefore, can you please acknowledge that your office has received this appeal concerning my validation, so I can be assured your office has received it. Thank you.

Do NOT write below this line. If more space is required, write on back

| INTERVIEWED BY | DATE |
|---|---|

DISPOSITION

SCREENED OUT   OCT 1 4 2006

SCREENED OUT   OCT 2 6 2006

---

STATE OF CALIFORNIA
GA-22 (9/92)   RECEIVED CAL APPEALS OCT 3 1 2006

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | RECEIVED CAL APPEALS OCT 3 1 2006 | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 10-18-06 | APPEALS COORDINATOR | COTA | C-N 26012 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| ASU | 105 | | FROM ___ TO ___ |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | ASSIGNMENT HOURS |
|---|---|---|
| | | FROM ___ TO ___ |

## Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

This is not a duplicate. I was just validated on 7/26/06 (see exhibit B) and ICC 128-G chrono (see exhibit A). I didn't and couldn't file concerning this issue prior of receiving the ICC 128-G chrono - exhibit A. Please process my appeal. Thank you.

Do NOT write below this line. If more space is required, write on back

| INTERVIEWED BY | DATE |
|---|---|

DISPOSITION

SCREENED OUT   OCT 2 6 2006

O-12
EXHIBIT

REC. ___ State of California
___ CDC FORM 695
RECEIVED APPEALS    OCT 3 1 2006
Screening Form    OCT 2 0 2006
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

CAL    S    0602650

RE: Screening at the SECOND Level

*October 14, 2006*

**COTA, C26012**
*ASU 00000000105L*

Log Number: CAL-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).***

**CAL-S--06-01897**

Appeals Coordinator
Appeals Coordinator

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

SCREENED OUT    OCT 2 6 2006

| PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE |
| --- |

EXHIBIT
"O - 13

**State of California**
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

**CAL**  **S** **0602650**

RE: Screening at the SECOND Level

*October 26, 2006*

***COTA, C26012***
*ASU 00000000105L*

Log Number: CAL-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*There has been too great a **TIME LAPSE** between when the action or decision occurred and when you filed your appeal with no explanation of why you did not or could not file in a timely fashion. Time limits expired per CCR 3084.6(c). Therefore, if you would like to pursue this matter further, you must submit an explanation and supporting documentation explaining why you did not or could not file your appeal timely.*

*Your appeal file was reviewed. Appeal log number 06-1897 is not a duplicate. In that appeal you were requesting for your validation to be reviewed under the new policy.*

*The current appeal is not timely. The ICC chrono is dated 8-10-06 and the Validation chrono is dated faxed 7-27-06. The appeal will not be accepted.*

*p Edwards*
Appeals Coordinator
Appeals Coordinator

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

EXHIBIT
"O-14"

STATE OF CALIFORNIA

CDC NO. #: C26012      NAME: COTA      HOUSING: ASU 105L
PS: 85  LEVEL: IV  MEPD: 06/01/18   CUSTODY: MAX
WG/PG: D1D EFF: 05/02/06  NEXT ANNUAL: 02/07      CAL  S  0602650

**ACTION:**    SUBSEQUENT INITIAL REVIEW: RETAIN ASU PENDING TX / **REFER TO CSR RX TX PBSP-SHU/COR-SHU FOR INDETERMINATE SHU PLACEMENT** / REAFFIRM MAX CUSTODY AND WG/PG D1D EFFECTIVE 05/02/06 / DOUBLE CELL APPROVED / CLEAR FOR YARD WITH CELLMATE / NO MHSDS, MDO, DDP, DPP ISSUES NOTED / RESCHEDULE ICC ON 02/01/07

Inmate Cota was screened in person by ICC for the purpose of a Subsequent Initial Review. Inmate was initially placed in Administrative Segregation (AD SEG) on 05/02/06 pending completion of an investigation by CAL ISU Staff into inmate's possible involvement with the Mexican Mafia Prison Gang. On 07/31/06, CAL IGI received sufficient supporting information documented on a CDC 128-B2 dated 07/26/06 that substantiated validating inmate as an associate of the Mexican Mafia Prison Gang. All documentation that has been documented on CDC 812A and CDC 128-B2 dated 07/26/06 has been cross referenced and verified. A new CDC 114D was issued on 07/31/06. The 114D interview was conducted on 08/01/06 by G. Chavarria, Facility Captain. The 114D hearing was conducted on 08/10/06 by ICC. Committee elects to retain inmate in ASU and **refers this case to the CSR requesting a transfer to PBSP-SHU/COR-SHU for Indeterminate SHU Placement.** This transfer is adverse in nature. Retain MAX Custody and WG/PG D1D effective 05/02/06. Committee acts to reaffirm yard with cellmate. Inmate's case was reviewed for double cell housing and no pervasive pattern of in cell violence is noted. Inmate is assigned to double cell housing with no special restrictions. Inmate's reading GPL is 11.8. Inmate Cota was endorsed to CAL on 03/19/02. Case factors remain the same as noted in CDC 128-G dated 04/25/02. TB Code of 32 is noted in CDC 128-C dated 03/13/06. Inmate does not meet MDO, DDP or DPP criteria. Inmate Cota is not a participant in the MHSDS. Inmate was advised he would be rescheduled for ICC on 02/01/07. Inmate actively participated and stated he understood the actions of Committee. Inmate was advised of his right to appeal and that this Committee acts as his first level of appeal. His next Annual Review is scheduled for 02/07. Inmate stated he had no questions or comments to address to the Committee. There are no other pertinent case factors noted. (nbn)

*Given to I/m 9/28/06*

R. DELGADO, CDW (A)          Chairperson          J. KELLERMAN, C&PR (A)      Recorder

**Committee Members:** C. Butler, AW (A); M. Greenwood, FC (A); M. Whitman, CCII; J. Bellinger, Ph.D.
**cc:**    Counselor, Inmate
**Date:** 08/10/2006          **CLASSIFICATION:** ICC AD/SEG          **INST:** CAL-IV

INMATE COPY

EXHIBIT "A"

* GIVEN TO INMATE COTA *
9/28/06
** NOTE ABOVE **

SCREENED OUT   OCT 1 4 200—

SCREENED OUT   OCT 2 6 2006          EXHIBIT "O-15"

EXHIBIT
"P-10 THRU 13"

RECEIVED CAL APPEALS     OCT 0 3 2006

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the SECOND Level

*September 27, 2006*

*COTA, C26012*
*ASU 00000000105L*

Log Number: CAL-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).***

*CAL-S-06-01897.*

*INCORRECT*

Appeals Coordinator
D. W. Bell for D. Edwards

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

EXHIBIT
"P-10"

State of California

Department of Corrections

# Memorandum

Date : 12/19/06

To :  Inmate: Cota, David

CDC#: C26012

Housing: ASU -105

From :  Calipatria State Prison - Inmate Appeals Unit
P.O. Box 5001, Calipatria, California 92233 - 5001

Subject :  **NOTIFICATION OF DELAY IN APPEAL PROCESS**

DUE DATE EXTENDED PER CCR §3084.6(5) (A) (B) (C) (6)

Response to your appeal log# CAL-S-0602475 will be delayed
for the following reason (s).

[ ]  CONTINUING INVESTIGATION
[ ]  INVOLVED PERSONNEL UNAVAILABLE FOR RESPONSE
[ ]  INFORMATION REQUESTED FROM_____ HAS NOT
BEEN RECEIVED
[✗]  OTHER: Appeal inappropriately Assigned/Classified, has been reassigned
to the ISO on 12/19/06.
EXTENDED DUE DATE:_____

** Staff are to contact the Chief Deputy Warden, prior to response due date, in order
to obtain an extension.

| DUE DATE WILL NOT BE CHANGED IN APPEALS COMPUTER TRACKING SYSTEM UNTIL REQUEST IS APPROVED BY CHIEF DEPUTY WARDEN |
| --- |

** Reviewer is to provide the appellant with a copy of this notice.

_____Dw Bell, CCII_____          _____12/19/06_____
REVIEWER                         DATE

_____          _____
CHIEF DEPUTY WARDEN              DATE
Approve / Disapprove
(Signature required for second extention)

EXHIBIT
"P+11"

It is Noted this Appeal was previously
Assigned to Appeals II with a due date
of 11/27/06. However, due date has since
expired prior to date of discovery on
12/19/06, that this Appeal was inappropriate ly
Assigned & classified. Therefore, due date
cannot be extended.

Orig : Inmate
cc : (Y) Appeals Office,

CDC 1617 (4/2001)

REASSIGNMENT

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE COTA, C26012                    Date: December 19, 2006
Current Housing: ASU 00000000105L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CAL-S-06-02475

ASSIGNED STAFF REVIEWER: ISU
APPEAL ISSUE: CASE INFO./RECORDS
DUE DATE: 11/24/2006

Inmate COTA, this acts as a notice to you that your appeal has been sent to the above
staff for SECOND level response. If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for THIRD level review. Third level appeals are to be mailed directly to:

Chief of Inmate Appeals
Department of Corrections
P. O. Box 942883
Sacramento, CA 94283-0001

Appeals Staff
Appeals Coordinator

EXHIBIT
"P-12"

*ASU 105L*

## INMATE APPEAL ROUTE SLIP

To: APPEALS II                                    Date: October 14, 2006

From: INMATE APPEALS OFFICE

Re: Appeal Log Number CAL-S-06-02475  By Inmate COTA, C26012

Please assign this appeal to appropriate staff for SECOND level response.

Appeal Issue: DISCIPLINARY
Due Date: 11/27/2006
Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

*Q. O'Rell, CC II*

Appeals Staff
Appeals Coordinator

*EXHIBIT*
*P-13*

EXHIBIT
"U"

June 2, 2006

To whom it may concern,

With all due respect, the reason I am send this appeal directly to your office is to request that you have it processed in a timely manner due to the time restraints concerning this matter which is imperative.

I was placed in Ad-Seg on May 2, 06. UCC is retaining me until August 3, 06 for the out come of my prison gang investigation. IGI officers refused my statements on June 2, 06

Calipatria State Prison Appeals Coordinator is taking up to 12 to 14 days to process and log appeals for assignments.

This time delay will hinder my rights to allow the validation decision maker to consider my views concerning the source items per In Castillo's settlement decision.

Sincerely
D. J. Cota
David Cota
C# 26012

EXHIBIT
"U-1"

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



August 5, 2006

Cota, CDC #C-26012
Calipatria State Prison
P.O. Box 5002
Calipatria, CA  92233

Re:

Dear Mr. Cota:

The enclosed documents are being returned to you for the following reasons:

This office provides the Director's Level Review of inmate/parolee appeals.  The form must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator.  This appeal issue should be submitted directly to the Appeals Coordinator for review and appropriate action.

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process.  Library staff can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

*EXHIBIT*
*"U-2"*

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location:  Institution/Parole Region        Log No.                    Category

1. _____      1. _____
2.  CAL                 2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| COTA, DAVID | CDC6012 | | ASU-105 |

A. Describe Problem: My validation due process were violated. Per Castillo's settlement it states: Prior to approval of a validation, CDC is require to ask for and record (ie. document) an inmates views on the considered source items and forward the inmates views to the validation decision maker. Approximately June 2, 06, 10:30 A.M. I was approached by IGI Sgt. Crabtree and IGI Canich while on the exercise yard. I explained that my views were written statements and were sitting on the table in my cell. (see attached statements dated June 1, 06) Both officer's refused to accept my statements and stated I had to come to the office and hand them the statements. Sgt. Crabtree further stated that he was not going to stand in the "hot sun" to

If you need more space, attach one additional sheet.

B. Action Requested: That these statements be sent to the validation decision makers for validation procedures. Immediately. Not to do so may result in a bias decision. This appeal be processed under emergency appeal due to the time restraints of the validation decision makers receiving my validation package within the next 30 days for my investigation.

Inmate/Parolee Signature: _D. A. Cota_        Date Submitted: 6-2-06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

RECEIVED JUN - 8 2006 INMATE APPEALS BRANCH

Staff Signature: _____        Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

RECEIVED JAN 19 2007 INMATE APPEALS BRANCH

Signature: _____        Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

EXHIBIT
"U-3"

## ADDITIONAL SHEET

speak with me when he can be sitting in a cool office. He went on to say that I was refusing to speak with them.

However, it was the officer's that refused to accept my statements of my views concerning the source items to be sent along with my validation package.

W. J. Cota                                        DATED: JUNE 2, 06

EXHIBIT
"U-4"

STATEMENT ON THE COC-128-B CHRONO DATED MAY 1, 2006
CONCERNING ADDRESS BOOK.

MY ADDRESS BOOK IS WRITTEN IN A WAY "NOT" TO AVOID DETECTION OR PROMOTE GANG-ACTIVITIES, BUT IN CASE OF "LOST" OR "THEFT". (I.E. STOLEN)

THIS IS THE EXACT ADDRESS BOOK WITH THE EXACT FORMAT AS WRITTEN, WHICH WAS INVESTIGATED BY I. DOMINICCI, ISU GANG INVESTIGATOR FOR MY DIRECTOR'S REVIEW BOARD INACTIVE STATUS INTERVIEW ON 1-31-2000.

"ALL" NAMES ARE WRITTEN "CORRECTLY" WITH FIRST INITIALS AND LAST NAMES.

ONLY STREET NUMBERS (I.E. 1851), UNDER LINED NUMBERS AND LETTERS ARE WRITTEN IN REVERSE. (I.E. BACK TO FRONT). HOWEVER, "SOME" ADDRESSES ARE WRITTEN CORRECT FORM, AND SOME ARE INVALID. (I.E. QUIT WRITING, MOVED, DIED). CITY & STATES WEREN'T WRITTEN. I WILL SUBMIT WHAT NAMES, CITIES & STATES I CAN REMEMBER WITH THIS STATEMENT. TO MATCH MY ADDRESS BOOK.

THE TWO (2) NAMES THE OFFICER SPELLED WRONG. "CQSAR" IS NOT IN MY ADDRESS BOOK. "ISIDKA" SHOULD BE "ISIDRA" FOR ANTOINETTE ISIDRA.

THE RED STARS ARE TO HELP ME DIFFERENT THE ADDRESSES TO READ BETTER BECAUSE OF MY DEPTH PERCEPTION DUE TO THE BLINDNESS OF MY LEFT EYE.

IF YOU NEED ANY FURTHER ASSISTANCE CONCERNING MY ADDRESS BOOK, PLEASE ASK.

*H. J. Costa*                                             JUNE 1, 2006

EXHIBIT
"U-5"

PAGE 1 OF 3

These are some names, cities and states
I can remember. Street numbers written
in reverse.

— Example —

J. Goopio                         J. Goopio  uncle
122½ E. 10th St.        is   221½ E. 10th St.
          90813                    L.B. CA. 90813

| mom<br>F. Hawkes<br>Lancaster CA | cousin<br>J. Goopio<br>Riverside CA | frild<br>D. Trujillo<br>L.B. CA | cousin<br>B. Roussel<br>Maitland Fl. | uncle/aunt<br>V.W. Antipala<br>Paramount CA |
| friend<br>J. Chisham<br>L.A. CA | friend<br>M. Villalva<br>Torrance CA | friend.<br>N. Schneider<br>Salt Lake City UT | cousin<br>S. Sigers<br>L.V. Nev. | friend<br>M. Nolan<br>Novato CA |
| friend<br>M.L. Gonzales<br>Arleta CA (died) | cousin<br>C. Colemen<br>Port Hueneme CA | friend<br>M. Kokani<br>England | cousin<br>E. King-Scorza<br>L.A. CA | cousin<br>J. Ramos<br>Lancaster CA |
| faind<br>E. Salazar<br>Lawndale CA | sistr<br>M. Hodge<br>? OH. | friend<br>G. Jackson<br>Signal Hill CA | | |

M. J. Cotta                                    Dated: June. 1, 2006

EXHIBIT
"U-6"

Page 2 of 3

STATEMENT ON CDC 128-B CHRONO DATED MAY 1, 2006
CONCERNING BIRTHDAY CARDS with Symbols

I WAS UNAWARE THAT THESE SYMBOLS WERE USED AS A PRISON GANG SYMBOL BECAUSE IT IS WIDELY USED BY SOUTHERN HISPANIC INMATES NOR WAS I EVER INFORMED BY ANY IGI THAT THIS WAS YOU (SIC) USED AS A GANG SYMBOL. MY BIRTHDAY WAS ON MARCH 26, 2006 AND THE CARD WAS A SURPRISED GIFT BY THE HOUSING UNIT INMATES WHICH IS A COMMON PRACTICE. IF I WAS INFORMED ABOUT THE SYMBOLS USE, I WOULD NOT HAVE ACCEPTED THE CARD. I HAD NO CONTROL IN WHO SIGNED THE CARD. THERE IS A DISCREPANCIES AMONG THE BIRTHDAY CARDS. HOW WERE THEY DETERMINED OF OWNERSHIP.

STATEMENT ON CDC-128-B CHRONO DATED MAY 1, 2006
CONCERNING THE CHICANO ARTWORK.

IT IS A XEROX COPY OF A DRAWING THAT MAY HAVE BEEN XEROXED HUNDREDS OF TIMES AND PASSED FROM INMATE TO INMATE OVER THE YEARS SINCE 1993. THIS IS A COMMON PRACTICE AMONG INMATES TO XEROX ARTWORK AND PASS IT ON WITHOUT THE KNOWLEDGE OF THE (SIC) WHOM THE ARTIST MAY BE. IT IS ALSO CLEAR IT WAS NOT FOUND IN MY PROPERTY, THEREFORE, HOW COULD THE GANG OFFICER MAKE THE DETERMINATION IT WAS MINE.

CONTRARY TO OFFICER BISHOP STATEMENTS, I HAVE HONORED MY AGREEMENT. I, MYSELF, HAVE NOT BEEN IN ANY ILLEGAL GANG ACTIVITIES ON BEHALF OF A PRISON GANG AND HAVE STAYED OUT OF TROUBLE. A REVIEW OF MY CENTRAL FILE, AND 2006 PAROLE BOARD REPORT PREPARED BY COUNSELOR BERTHEAUD WILL CONFIRM IT.

DATED: JUNE 1, 2006

EXHIBIT
"U-7"

PAGE 3 OF 3

EXHIBIT
"V"

**LIFE PRISONER HEARING DECISION FACE SHEET**

☐ PAROLE GRANTED – (YES)
　　CDCR: Do not release prisoner before
　　　　Governor's review

☒ PAROLE DENIED – (NO) *2 years (Two)*

**Records Use Only**

Parole Release Date _____
　　　　　　　　　　　　　YR　　MO　　DAY

Attach Prison Calculation Sheet

☐ AGREED UNSUITABLE (Attach 1001A Form) FOR: _____ YEAR(S)
☐ HEARING POSTPONED/REASON: _____

---

## PANEL RECOMMENDATIONS AND REQUESTS

**The Board Recommends:**

☐ No more 115's or 128A's
☒ Work to reduce custody level *AND*
☐ Get self-help* *Classification Score*

☒ Stay discipline free
☐ Learn a trade*
☐ Get therapy*

☒ Earn positive chronos
☐ Get a GED*

☐ Recommend transfer to _____
☒ Other *New psych report for next hearing.*

*These programs are recommended if they are offered at your prison and you are eligible/able to participate.

---

**Penal Code 3042 Notices**　☒ Sent　Date: 10/31/07

Commitment Offense(s)　PC187 _____ MURDER 1ST w/WPN
　　　　　　　　　　　　Code(s)　　　　　　　　　　　　　　Crime(s)

　　　　　　A021263 _____ 1
　　　　　　　　　Case#(s)　　　　　　　　　　　　　　　Count#(s)

| Date Inmate Came to CDC | Date Life Term Began | Minimum Eligible Parole Date |
|---|---|---|
| 01/30/81 | 06/03/81 | 06/04/98 |

☐ Initial Hearing　☒ Subsequent (Hearing No.) 5 　　Date of Last Hearing　12/05/06

CDC Representative

Attorney for Prisoner　Scott Hoxeng　　　　Address 250 Levitt Mall Crescent City, CA 95531

D.A. Representative　Jack Delavigne via video　　County　Los Angeles

This form and the Board's decision at the end of the hearing is only proposed and NOT FINAL. It will not become final until it is reviewed.

Chair _____ Date　1/9/08

Panel Member _____ Date　1/9/08

Panel Member _____ Date

| NAME | CDC# | PRISON | CALENDAR | DATE |
|---|---|---|---|---|
| COTA, David | C-26012 | PBSP | January 2008 | 01/09/08 |

BPH 1001 (REV. 08/03)　　　*EXHIBIT V-1*　　INMATE'S COPY

PROOF OF SERVICE BY MAIL

(C.C.P. SECTION 101a & 2105.5, 20 U.S.C. 1746)

I, DAVID J. COTA, AM A RESIDENT OF PELICAN BAY STATE PRISON, IN THE COUNTY OF DEL NORTE, STATE OF CALIFORNIA. I AM OVER EIGHTEEN (18) YEARS OF AGE AND AM A PARTY TO THE BELOW NAME ACTION.

MY ADDRESS IS: P.O. BOX 7500, CRESCENT CITY, CA. 95532

ON THE 6 DAY OF MARCH, IN THE YEAR 2008, I SERVED THE FOLLOWING DOCUMENTS:

(SET FORTH THE EXACT TITLE OF DOCUMENTS SERVED)

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO THE DEFENDANTS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT.

ON THE PARTY(S) LISTED BELOW BY PLACING A TRUE COPY(S) OF SAID DOCUMENT, ENCLOSED IN A SEALED ENVELOPE(S) WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT PELICAN BAY STATE PRISON, CRESCENT CITY, CA. 95532 AND ADDRESSED AS FOLLOWS:

(ORIGINAL AND TWO (2) COPIES)                    (ONE COPY)
UNITED STATES DISTRICT COURT                      OFFICE OF THE ATTORNEY GENERAL
SOUTHERN DISTRICT OF CALIFORNIA                  110 WEST A STREET - SUITE 1100
880 FRONT STREET - SUITE 4290                     SAN DIEGO, CA. 92186
SAN DIEGO, CA 92101

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED THIS 6 DAY OF MARCH, 2008

SIGNED: _D. J. Cota_____
            (DECLARANT SIGNATURE)